**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

January 23, 2023

**VIA ECF**
The Honorable Richard M. Berman
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/23

Re: *United States v. Kevin Garrison*
    22 Cr. 613 (RMB)

Dear Judge Berman:

Please recall that I represent Mr. Kevin Garrison in the above-referenced matter. Mr. Garrison is presently scheduled for sentencing before Your Honor on March 7, 2023 at 12:00 p.m., and per Your Honor's Order, the defense's sentencing submission is due by January 25, 2023. I write to request that Your Honor grant the defense an extension of time to submit its sentencing memorandum by February 3, 2023. At this time, the defense is still awaiting the final draft of the United States Probation Presentence Investigation Report ("PSR"). The defense respectfully submits that it requires time to review the final PSR, including details of Probation's collateral interviews, prior to finalizing and submitting its sentencing letter.

This is the defense's second request for an extension in this matter. I have consulted with A.U.S.A. Matthew Weinberg, and the Government has no objection to this request. Thank you for your consideration.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc: A.U.S.A. Matthew Weinberg (via ECF)

Extension granted

SO ORDERED:
Date: 1/25/23
Richard M. Berman, U.S.D.J.