**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 22 CR. 613 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| KEVIN GARRISON, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The status conference scheduled for Tuesday, March 7, 2023 at 12:00 P.M. is hereby rescheduled to Tuesday, April 11, 2023 at 12:00 P.M.

The proceeding will be held in Courtroom 17B.

Dated: February 23, 2023
      New York, NY

*Richard M. Berman*
RICHARD M. BERMAN
U.S.D.J.