**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

March 30, 2023

**VIA ECF**
The Honorable Richard M. Berman
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Kevin Garrison*
22 Cr. 613 (RMB)

Dear Judge Berman:

Please recall that I represent Mr. Kevin Garrison in the above-referenced matter. Mr. Garrison is presently scheduled for sentencing before Your Honor on April 11, 2023 at 12:00 p.m. Unfortunately, I have a previously scheduled sentencing hearing before the Honorable Brian R. Martinotti in the District of New Jersey on April 11, 2023 at 1:30 p.m. in *United States v. Roberto Mendoza-Arias*, 22 Cr. 120 (BRM), in which my client is being writted to the District of New Jersey from Rikers Island. Because I also have a previously scheduled New York State criminal case scheduled for that same day at 9:30 a.m., I write to request that Your Honor grant a brief adjournment of the sentencing hearing at bar until April 12, 2023, or the soonest date thereafter that is convenient for the Court. I have consulted with A.U.S.A. Matthew Weinberg, and the Government has no objection to this request. Thank you for your consideration.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc: A.U.S.A. Matthew Weinberg (via ECF)

---

Sentence is adjourned to 4/12/23 at 9:00 am.

SO ORDERED:
Date: 3/30/23

Richard M. Berman, U.S.D.J.