**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                        :
                           Government,   :   22 CR. 613 (RMB)
                                                                        :
        - against -                       :   **ORDER**
                                                                        :
KEVIN GARRISON,                               :
                                                                        :
                           Defendant.     :
------------------------------------------------------------x

The status conference scheduled for Wednesday, April 12, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: April 5, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.