**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

April 12, 2023

**VIA ECF**
The Honorable Richard M. Berman
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Kevin Garrison*
22 Cr. 613 (RMB)

Dear Judge Berman:

     Please recall that I represent Mr. Kevin Garrison in the above-referenced matter. Mr. Garrison appeared before Your Honor earlier today, April 12, 2023, for his sentencing hearing, and Your Honor imposed a 47-month term of imprisonment. I write because at the end of the sentencing hearing, I neglected to request that Your Honor recommend that Mr. Garrison be housed in a correctional facility in the Northeast so that his family can visit him during his term of incarceration. I have consulted with A.U.S.A. Matthew Weinberg, and the Government has no objection to this request. Thank you for your consideration.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc: A.U.S.A. Matthew Weinberg (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/23

Application granted, on consent. Recommendation for placement in Northeast included in the Judgment.

SO ORDERED:
Date: 4/12/23      Richard M. Berman
                      Richard M. Berman, U.S.D.J.