UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN GARRISON,<br><br>                        Movant,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                        Respondent. | 1:24-CV-3121 (RMB)<br><br>1:22-CR-0613 (RMB)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2255 |

RICHARD M. BERMAN, United States District Judge:

      The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit, hereby orders that:

      The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

      Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other response to the motion. Movant shall have 30 days to file a response from the date on which Movant is served with Respondent's submission.

      Any further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

Dated:    April 25, 2024
             New York, New York

                                                              RICHARD M. BERMAN
                                                              United States District Judge

**Copies Mailed By Chambers**