UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN GARRISON, | |
| Petitioner, | 22-CR-613 (RMB) |
| -against- | 24-CV-3121 (RMB) |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

On or about April 23, 2024, Kevin Garrison, proceeding *pro se*, filed a petition for a writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2255 against the United States of America ("Respondent"), alleging that his trial counsel, Mark Cohen, Esq. provided ineffective assistance of counsel in connection with Petitioner's appeal rights.

Mr. Cohen is requested to submit an affidavit on or before July 10, 2024 addressing Petitioner's claims. *See Sparman v. Edwards*, 154 F.3d 51, 52 (2d Cir. 1998); *Douglas v. United States*, 09 Civ. 9566 (CM), 2011 WL 335861, at *1 (S.D.N.Y. Jan. 28, 2011).

Date: June 26, 2024
New York, New York

RMB
RICHARD M. BERMAN, U.S.D.J